UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DENISE CRUMWELL, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS        21-cv-7694 (JGK)
SIMILARLY SITUATED,
                                     ORDER
                Plaintiffs,

       - against -

PIPES & SHAW, LLC,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for December 13, 2021 is **canceled**.

SO ORDERED.
Dated:   New York, New York
         December 7, 2021

                                                           John G. Koeltl
                                    United States District Judge